UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

    Plaintiff,                          Case No. 3:24-cr-75

vs.

ROLAND NICHOLSON,              District Judge Michael J. Newman

    Defendant.

---

**ORDER: (1) FINDING THE SPEEDY TRIAL CLOCK IS TOLLED DUE TO THE PENDENCY OF DEFENDANT'S MOTION TO SUPPRESS; (2) GRANTING THE GOVERNMENT'S UNOPPOSED MOTION TO VACATE TRIAL (Doc. No. 22); AND (3) VACATING THE APRIL 7, 2025 TRIAL DATE**

---

      This criminal case is before the Court upon Defendant's motion to suppress (Doc. No. 21) and the Government's unopposed motion to vacate trial (Doc. No. 22).  The Court finds, pursuant to 18 U.S.C. §§ 3161(h)(1)(D), (H), the Speedy Trial Act deadline in the instant case was **TOLLED** on March 17, 2025, and continues to be tolled, due to the pendency of Defendant's motion.  Thus, the Court **GRANTS** the requested continuance and **VACATES** the April 7, 2025 trial date.

      **IT IS SO ORDERED.**

  March 31, 2025                                     s/*Michael J. Newman*
                                                            Hon. Michael J. Newman
                                                            United States District Judge